# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

JUDY LEVIN

V.

E.I. DUPONT DE NEMOURS & COMPANY

SUMMONS IN A CIVIL CASE

CASE NUMBER: **05 11618 WGY**

TO: (Name and address of Defendant)

E.I. Dupont De Nemours & Company

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas G. Shapiro
Shapiro Haber & Urmy LLP
53 State Street
Boston, Massachusetts 02109

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

DATE  AUG 04 2005

(By) DEPUTY CLERK

**COMMONWEALTH OF MASSACHUSETTS**
United States District Court, District of Massachusetts
Docket/Case No: 05 11618 WGY

I hereby certify and return that today, August 10, 2005, at 3:40 PM, I served a true and attested copy of the within Summons together with a copy of the Complaint in this action upon the within named E.I. Dupont De Nemours & Company, by giving in hand to Gail Brown, Agent in Charge. Said service was effected at: E.I. Dupont De Nemours & Company, % CT Corp, 101 Federal Street, Third Floor, Boston, MA 02110.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on August 10, 2005.

*[signature: Barbara L. BeDugnis]*

**Barbara L. BeDugnis**, Constable
& Disinterested Person over Age 18.    Total Fees: Total Price: $46.00
**Roscoe, BeDugnis & Associates**
15 Court Square, Suite 450
Boston, MA, 02108-2519
(617) 523-1036 , (617) 723-4247 Fax

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                          Signature of Server

                                         _____
                                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.