UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUDY LEVIN,<br>   Plaintiff<br><br>v.<br><br>E.I. DUPONT DE NEMOURS<br>& COMPANY,<br>   Defendant | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 05-11618-WGY<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO EXTEND TIME
## FOR SERVING RESPONSE TO COMPLAINT

The parties stipulate that the time within which the defendant may serve a response to the Complaint may be extended through September 30, 2005.

             JUDY LEVIN
             By her attorneys

             */s/ Thomas G. Shapiro*
             Thomas G. Shapiro  BBO #454680
             Shapiro Haber & Urmy LLP
             53 State Street
             Boston, MA  02109
             (617) 439-3939

             E.I. DUPONT DE NEMOURS &
             COMPANY
             By its attorneys

             */s/ Susan J. Baronoff*
             Susan J. Baronoff  BBO #030200
             Sara P. Bryant BBO #658021
             Murtha Cullina LLP
             99 High Street
             Boston, MA  02110
             (617) 457-4000

So ordered: _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JUDY LEVIN,<br>　　　Plaintiff<br><br>v.<br><br>E.I. DUPONT DE NEMOURS<br>& COMPANY,<br>　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 05-11618-WGY |

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, the defendant E.I. du Pont de Nemours & Company states that it has no parent company and no publicly held corporation owns 10% or more of its stock.

					E.I. DUPONT DE NEMOURS &
					COMPANY
					By its attorneys

					/s/ Susan J. Baronoff
					Susan J. Baronoff  BBO #030200
					Sara P. Bryant BBO #658021
					Murtha Cullina LLP
					99 High Street
					Boston, MA  02110
					(617) 457-4000

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail.

Date: August 25, 2005				/s/ Susan J. Baronoff
						Susan J. Baronoff