UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUDY LEVIN,<br>        Plaintiff<br><br>v.<br><br>E.I. DUPONT DE NEMOURS<br>& COMPANY,<br>        Defendant | CIVIL ACTION NO. 05-11618-WGY |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, the defendant E.I. du Pont de Nemours & Company states that it has no parent company and no publicly held corporation owns 10% or more of its stock.

E.I. DUPONT DE NEMOURS &
COMPANY
By its attorneys

*/s/ Susan J. Baronoff*
Susan J. Baronoff  BBO #030200
Sara P. Bryant BBO #658021
Murtha Cullina LLP
99 High Street
Boston, MA 02110
(617) 457-4000

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail.

Date: August 25, 2005

*/s/ Susan J. Baronoff*
Susan J. Baronoff