UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUDY LEVIN,<br>      Plaintiff<br><br>v.<br><br>E.I. DUPONT DE NEMOURS<br>& COMPANY,<br>      Defendant | CIVIL ACTION NO. 05-11618-WGY |

**STIPULATION TO EXTEND TIME
FOR SERVING RESPONSE TO COMPLAINT**

The parties stipulate that the time within which the defendant may serve a response to the Complaint may be extended through October 31, 2005.

JUDY LEVIN
By her attorneys

_____
Thomas G. Shapiro  BBO #454680
Shapiro Haber & Urmy LLP
53 State Street
Boston, MA  02109
(617) 439-3939

E.I. DUPONT DE NEMOURS &
COMPANY
By its attorneys

_____
Susan J. Baronoff  BBO #030200
Murtha Cullina LLP
99 High Street
Boston, MA  02110
(617) 457-4000

So ordered: _____