# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

JUDY LEVIN,

                Plaintiff,

v.

E.I. DUPONT DE NEMOURS & COMPANY,

                Defendant.

C.A. No: 05-11618-WGY

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Theodore M. Hess-Mahan of the law firm of Shapiro Haber & Urmy LLP, Exchange Place, 53 State Street, Boston, Massachusetts 02109, (617) 439-3939, as counsel for non-party Empire Blue Cross Blue Shield in the above-captioned matter.

Dated: October 4, 2005

Respectfully submitted,

**/s/Theodore M. Hess-Mahan**
Theodore M. Hess-Mahan (BBO #557109)
SHAPIRO HABER & URMY LLP
53 State Street
Boston, Massachusetts 02109
(617) 439-3939

Attorneys for Plaintiff Judy Levin