**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

In Re: DuPont Teflon Consumer
Class Action Litigation

MDL Docket No. _____

## NOTICE OF APPEARANCE AND DESIGNATION TO RECEIVE SERVICE

PLEASE TAKE NOTICE that the law firm of Kluger, Peretz, Kaplan & Berlin, P.L. hereby make their appearance as attorneys of record on behalf of Movants, Natalie Belmont, Sharon Berenfeld, M.D., Monica Martucci, Nicole M. Suri, Mirna Hormechea, Janet Brill, Ph.D, Sylvia Moss, Lewis Estevez, Melissa Zacharias, Ignacio Martinez, Rick Romash, Briditte Romash, Lillian Chasm and Carmen Finol and hereby designated Steve I. Silverman, Esq. as attorney required to be designated pursuant to Rule 5.2(c).

Dated:   October 12, 2005

                           Respectfully submitted,

                           KLUGER, PERETZ, KAPLAN & BERLIN, P.L.
                           Attorneys for Movants
                           Miami Center, Seventeenth Floor
                           201 South Biscayne Boulevard
                           Miami, Florida 33131
                           Telephone: (305) 379-9000
                           Facsimile: (305) 379-3428

By: _____
Alan J. Kluger
Fla. Bar No. 200379
akluger@kpkb.com
Steve I. Silverman
Fla. Bar No. 516831
ssilverman@kpkb.com
Stuart R. Silver
Fla. Bar No. 184237
ssilver@kpkb.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via U.S. Mail to: **All courts and attorneys of record on the attached Service List** this _12_ of October, 2005.

_____
Steve I. Silverman