BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

_____
                                   :
In Re: DuPont Teflon Consumer      :
Class Action Litigation            :
                                   :
_____:   MDL Docket No. _____

### REASONS WHY ORAL ARGUMENT SHOULD BE HEARD

Movants, Natalie Belmont, et al. ("Movants") have filed contemporaneously herewith a Motion of Class Action Plaintiffs for Coordinated or Consolidated Pre-Trial Proceedings in a Single District and hereby request that the Judicial Panel on Multidistrict Litigation ("Panel") grant their request for oral argument for the following reasons:

1. Movants are Plaintiffs in one of fourteen class actions filed nationwide seeking relief arising from Defendant, E.I. DuPont DeNemours & Company's wrongful conduct related to the manufacture, advertising and sale of its product commonly known as "Teflon."

2. Movants request oral argument to ensure that their position is properly conveyed to the Panel and to address any questions the Panel may have about the Movants' request for consolidation and transfer.

Respectfully submitted,

KLUGER, PERETZ, KAPLAN & BERLIN, P.L.
Attorneys for Movants
Miami Center, Seventeenth Floor
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 379-9000
Facsimile: (305) 379-3428

By: _____
Alan J. Kluger
Fla. Bar No. 200379
akluger@kpkb.com
Steve I. Silverman
Fla. Bar No. 516831
ssilverman@kpkb.com
Stuart R. Silver
Fla. Bar No. 184237
ssilver@kpkb.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via U.S. Mail to: **All courts and attorneys of record on the attached Service List**, this 12 of October, 2005.

_____
Steve I. Silverman

2