**BEFORE THE JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

---

|  |  |  |
|---|---|---|
| **In Re: DuPont Teflon Consumer** | : | |
| **Class Action Litigation** | : | |
| | : | **MDL Docket No. _____** |

---

**MEMORANDUM IN SUPPORT OF CLASS ACTION PLAINTIFFS' MOTION FOR**
**COORDINATED OR CONSOLIDATED PROCEEDINGS**

## I.   INTRODUCTION

This motion involves a series of class actions filed in jurisdictions across the country which seek relief arising from Defendant E.I. DuPont DeNemours & Company's ("DuPont") wrongful conduct related to the manufacture, advertising and sale for over fifty years of its product commonly known as "Teflon." The plaintiffs contend that cooking products containing DuPont's Teflon can release potentially harmful and dangerous substances, including a chemical that may cause cancer in humans.

Substantially identical actions against DuPont are now pending in multiple federal courts nationwide. All of these pending actions raise common issues of fact regarding essentially

interchangeable claims under state consumer protection or other laws. Accordingly, plaintiffs in the action styled <u>Natalie Belmont, Sharon Berenfeld, M.D., Monica Martucci, Nicole M. Suri, Mirna Hormechea, Janet Brill, Ph.D, Sylvia Moss, Lewis Estevez, Melissa Zacharias, Ignacio Martinez, Rick Romash, Briditte Romash, Lillian Chasm and Carmen Finol v. E.I. DuPont DeNemours & Company,</u> No. 05-21921, U.S.D.C. S.D. Fla. (Gold, J.)("Movants") respectfully submit this memorandum in support of their Motion for Coordinated or Consolidated Pre-trial Proceedings in a Single District, pursuant to 28 U.S.C. § 1407 and Rule 10 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation.   As detailed more fully below, transfer and consolidation or coordination of class certification, pretrial and discovery proceedings related to these numerous actions, and any other subsequently-filed related cases to the United States District Court for the Southern District of Florida is warranted.   Movants submit that the Southern District of Florida would best serve the convenience of the parties and witnesses.   Such transfer and consolidation would further facilitate the fair and efficient resolution of this complex litigation through centralized decision making, minimized duplication of effort by court and counsel, reduced cost and delay, consistency in decision-making, and fostering the collaboration of judge and counsel to develop and carry out a comprehensive plan for the conduct of pretrial and trial proceedings.

## II.   <u>BACKGROUND</u>

The Florida Action was commenced on July 15, 2005. Movants are presently aware of thirteen (13) other cases filed in federal courts nationwide asserting the rights of similar consumers who have purchased or used Teflon-coated cooking products. These additional cases are: <u>Kathleen Margay and Dorie Talotta v. E.I. DuPont DeNemours & Company,</u> No. 2:05-CV-4049, U.S.D.C. E.D. Pa. (Katz, J.); <u>Lisa Howe, Melissa Ochiro, Dianne Walton and Maria</u>

KLUGER, PERETZ, KAPLAN & BERLIN, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131  305.379.9000

Sprowl v. E.I. DuPont DeNemours & Company, No. CV05-5488, U.S.D.C. C.D. Ca. (Pregerson, J.); Jerry Syntych, Belinda Luquetta, Theresa Scott, Ruth Garcia, Tracey R. Ferguson, John Burns, Monica Ceballos, Kimberly Cowart, Gary Swartz, Maria Quinteros, Ruby Black v. E.I. DuPont DeNemours & Company, No. H 05-2530, U.S.D.C. S.D. Tx. (Werlein, J.); Susan E. Schnur v. E.I. DuPont DeNemours & Company, No. 1: 05-CV-1818, U.S.D.C. N.D. Oh. (Polster, J.); Rosemarie Compitello, Jeannie Triolo, Robin Belodoff, Gary Frechter, Gracie Triolo, and Betty Muehlgay v. E.I. DuPont DeNemours & Company, No. 05-CV-6749, U.S.D.C. S.D.NY. (Casey, J.); Sheldon B Lyke, Dorothy M. Jones and Romuald C. Warkomski v. E.I. DuPont DeNemours & Company, No. 05CV-4168, U.S.D.C. N.D. Ill. (Aspen, J.); Constance A. Webb v. E.I. DuPont DeNemours & Company, No. 2:05-CV-72923, U.S.D.C. E.D. Mi. (Edmunds, J.); Susan R. Yoshioka v. E.I. DuPont DeNemours & Company, No. 05-CV-1440, U.S.D.C. Co. (Figa, J.); Judy Levin v. E.I. DuPont DeNemours & Company, No. 05-11618-WGY, U.S.D.C. Ma. (Young, J.); Heath Hutchison, Sima, Granat, Ashley Granat, Kim Kraus, Joseph Bales, Betty Baird, Mike Kessler, Connie Matthews, Tina Stoggsdill, Mary Fritz v. E.I. DuPont DeNemours & Company, No. 405-CV-01234-ERW, U.S.D.C. E.D. Mo. (Webber, J.); Jennifer Hardee v. E.I. DuPont DeNemours & Company, No. 05-CV-1522, S.D. Cal. (Storm, M.J.); and Janet R. Luett, Shellie Johnson, Michelle Bridgeman, Wendee Larson, Kari Elbert and Dixie Radke v. E.I. DuPont DeNemours & Company, No. 4:05-CV-00422, U.S.D.C. S.D. Ia. (Longstaff, J.).

The complaints (and amended complaints) in each of the above actions contain essentially the same allegations of violations of state consumer protection or other laws against DuPont all arising out of the identical set of facts. The plaintiffs in each action seek to represent comparable state-wide classes of direct purchasers and users of Teflon-coated cooking products.

3

## III.    ARGUMENT

Movants' motion is simple and straightforward. The fair and efficient resolution of this complex litigation requires that a court exercise early and effective supervision (and, where necessary, control), and that the judge and counsel collaborate to develop and carry out a comprehensive plan for the conduct of pretrial and trial proceedings. See Annotated Manual of Complex Litigation §§ 20, 33.26. To this end, and for the following reasons, the substantially identical actions against DuPont that are now pending in multiple federal courts nationwide should be consolidated and transferred to the Southern District of Florida.

### A.    Transfer of These Actions for Coordination and Consolidation Will Further the Goals of Section 1407.

MDL proceedings are intended to coordinate or consolidate pretrial activities to provide centralized management of such proceedings and to ensure their just and efficient conduct. U.S. ex rel. Pogue v. Diabetes Treatment Centers of America, Inc., 238 F. Supp. 2d 270 (D.D.C. 2002); In re Air Crash off Long Island, N.Y. on July 17, 1996, 965 F. Supp. 5 (S.D. N.Y. 1997). Section 1407(a) authorizes transfer of civil actions in different federal district courts involving common questions of fact to a single federal district court for coordinated or consolidated pretrial proceedings. The purpose of such transfers is to serve the convenience of the parties and witnesses and to promote just and efficient litigation. 28 U.S.C. § 1407. Section 1407(a) provides in relevant part:

> When civil actions involving one or more common questions of fact are pending in different districts, such actions may be transferred to any district for coordinated or consolidated pretrial proceedings. Such transfers for such proceedings will be for the convenience of parties and witnesses and will promote the just and efficient conduct of such actions.

4

More importantly, although the multidistrict litigation statute does not require complete identity or even a majority of common factual and legal issues as a prerequisite to centralization, such identity of factual issues exists in this case. This predominance of common factual issues is a controlling factor, even if there were distinguishing nuances in the different cases. In re Travel Agent Com'n. Antitrust Litigation, 290 F. Supp. 2d 1381 (J.P.M.L. 2003)

In this instance, all of the actions listed above involve numerous common questions of fact, including:

1.    The process used by DuPont to develop, manufacture and test Teflon or cooking products coated with Teflon;

2.    Whether DuPont conducted any studies, tests, or collected any data regarding the possible danger of Teflon, or the use of Teflon-coated cooking products and the substance of those studies, tests or data;

3.    Whether DuPont knew, or should have known, of the likelihood of exposure to Perflourooctanoic acid ("PFOA") or other potentially harmful substances that can be emitted when using Teflon-coated cooking products as intended;

4.    Whether DuPont knew, or should have known, of the potential toxicity and other harmful effects to animals and human beings of PFOA and other substances which can be emitted by Teflon-coated cooking products when they are used as intended;

5.    Whether DuPont concealed or otherwise failed to disclose information that it had about the potentially harmful effects of using Teflon-coated cooking products;

6.    Whether DuPont made representations through mass marketing and product-specific advertising that the use of Teflon or of Teflon-coated cooking products, was safe and suitable for their intended use;

5

7.    Whether at the time of such mass marketing and product-specific advertising, DuPont had in its possession information demonstrating or tending to demonstrate that one or more of the substances that can be released during the ordinary use of Teflon-coated cooking products may present a risk of injury to human health;

8.    Whether at the time of such mass marketing and product-specific advertising, DuPont knew or should have known that the ordinary use of Teflon-coated cooking products can cause the release of substances which cannot be said to pose no risk of injury to human health;

9.    Whether DuPont prepared, commissioned or submitted any reports or applications to any city, state, federal or international governmental or regulatory agency or office, concerning Teflon, and the substance of those reports or applications;

10.    Whether DuPont ever received any information from any source regarding the potential for Teflon, or Teflon-coated cooking products, to emit potentially toxic or otherwise harmful substances when used as intended.

11.    Whether DuPont knew of and/or possessed any studies or tests conducted by third parties concerning the use of Teflon, or Teflon-coated cooking products, and the emission of possibly toxic or otherwise harmful substances when Teflon, or Teflon-coated cooking products are used as intended;

12.    Whether DuPont's mass marketing and product-specific advertising affirmatively represented that Teflon or the use of Teflon-coated cooking products, was safe, healthful, or more healthful than use of non-Teflon coated cooking products; and

13.    Whether at the time of its mass marketing and product-specific advertising, DuPont disclosed all qualifying information which was relevant to its affirmative representation

6

that Teflon or the use of Teflon-coated cooking products was safe, healthful, or more healthful than the use of non-Teflon coated cooking products.

Because of these many common questions of fact, consolidation would result in significant savings and efficiencies by avoiding repetitive discovery and motion practice, avoid potentially inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

As a general rule, common questions are presumed "when two or more complaints assert comparable allegations against identical defendants based on similar transactions and events." In re Air West, Inc. Securities Litig., 384 F. Supp. 609, 611 (J.P.M.L. 1974); see also In re Cuisinart Food Processor Antitrust Litig., 506 F. Supp. 651,654-55 (J.P.M.L. 1981). Each of the actions proposed for transfer and coordination or consolidation allege essentially the same violation of either state consumer protection laws or other applicable law by the same defendant during the same period of time, based on the same underlying facts. The cases are therefore appropriate for a Section 1407 transfer.

Discovery with respect to the various actions will involve the same oral testimony and documentary evidence relating to DuPont's design, development, manufacturing, testing, licensing, advertising and marketing of Teflon, and its concealment from the consuming public of the potentially harmful effects that Teflon-coated cooking products can have when they are heated. Accordingly, the coordination and consolidation of these actions would avoid duplicative, redundant and costly discovery proceedings, including repetitive motion practice and potentially conflicting discovery and other pretrial rulings. See In re Amino Acid Lysine Antitrust Litig., 910 F. Supp. 696, 698 (J.D. M.P.L. 1995); In re MultiOpiece Rim Prod. Liab. Litig., 464 F. Supp. 969, 974 (J.D. M.P.L. 1978).

KLUGER, PERETZ, KAPLAN & BERLIN, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131  305.379.9000

Transfer for consolidation or coordination is also appropriate because these actions seek to represent the same or similar classes and could result in conflicted or inconsistent ruling on class certification issues.  See In re Agent Orange Product Liability Litig., 597 F. Supp. 740, 751-52 (E.D.N.Y. 1984) (noting Section 1407 is designed to promote judicial economy and avoid conflicts and duplication in discovery, and invests the transferee court with authority to decide matters relating to class certification); In re Computervision Corporation Securities Litig., 814 F. Supp. 85, 86 (J.P.M.L. 1993) (holding transfer necessary to prevent inconsistent pretrial rulings, especially regarding class certification); In re Cement and Concrete Antitrust Litig., 437 F. Supp. 750, 752 (J.P.M.L. 1977) ("since duplicating or overlapping classes are sought in most of the actions, transfer to a single district is desirable in order to avoid the possibility of inconsistent class determinations"); In re Sugar Industry Antitrust Litig., 395 F. Supp. 1271, 1273 (J.P.M.L. 1975) (noting that "the Panel has consistently held that transfer of actions under Section 1407 is appropriate, if not necessary, where the possibility of inconsistent class determinations exist"); In re Roadway Express, Inc. Employment Practices Litig., 384 F. Supp. 612, 613 (J.P.M.L. 1974) (noting existence of and the need to eliminate possible inconsistent class determinations presents a highly persuasive reason for transfer under Section 1407); In re Republic National-Realty Equities Securities Litig., 382 F. Supp. 1403, 1406 (J.P.M.L. 1974) (same).

In light of the common factual allegations in the actions identified above, transfer to a single district court for coordinated or consolidated class certification, pretrial and discovery proceedings is warranted to promote the interest of judicial economy and efficiency.

8

## B.     The Appropriate Forum.

If the Panel finds that the transfer for purposes of consolidation or coordination is appropriate, it then must determine whether centralization under 28 U.S.C.A. § 1407 in a particular judicial district will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. In re Asbestos Products Liability Litigation (No. VI), 771 F. Supp. 415 (J.P.M.L. 1991) (establishing MDL for all federal asbestos claims). For the reasons stated below, the Southern District of Florida is the most convenient forum in which a Related Action is pending.

In determining the most appropriate forum for consolidation or coordination, the Panel should examine several non-exclusive factors in selecting the appropriate transferee forum under Section 1407.These relevant factors include: (1) the relative docket congestion and caseloads of the proposed transferor and transferee courts; (2) the location of parties, witnesses and documents; (3) the expertise of a particular court in the areas of law and procedure which govern the litigation; (4) the pendency of related actions in the proposed transferee district and the preference of the majority of the parties; and (5) the relative progress of the actions pending in the various districts and the proposed judge's familiarity with the litigation. See e.g., In re "Factor VIII or IX Concentrate Blood Products" Products Liability Litig., 853 F. Supp. 454, 455 (J.P.M.L. 1993); In re Asbestos Products Liability Litig., 771 F. Supp. 415, 422-23 (J.P.M.L. 1991); In re Aircraft Accident at Barrow, Alaska, on October 13, 1978, 474 F. Supp. 996, 999-1000 (J.P.M.L. 1979); See In re Asbestos Products Liability Litig., 771 F. Supp. 415, 422-23 (J.P.M.L. 1991); In re Continental Corp. Securities Litig., 130 F.R.D. 475, 476 (J.P.M.L. 1990).

Applying these factors in this instance, Movants submit that the most appropriate transferee court is the Southern District of Florida.

KLUGER, PERETZ, KAPLAN & BERLIN, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131 305.379.9000

First, although DuPont's headquarters are located in the State of Delaware, it also conducts business and has a presence in every state in the Union, including Florida. Of all the jurisdictions in which a Related Action is pending, the Southern District of Florida provides no worse, if not better, convenience to the multiple parties and third party witnesses.

Second, Movants have reviewed reports on the twelve dockets of the Districts in which a Related Action is pending. As of September 30, 2004, there were but eleven MDL matters pending in the Eleventh Circuit, of which only two are currently pending in the Southern District of Florida. Neither of these two proceedings is assigned to the district judge to whom the Florida Related Action has been assigned. Furthermore, from the Judicial Caseload Profile Reports collectively attached as Exhibit "A" to this Memorandum, of the twelve jurisdictions in which Related Actions are pending, the Southern District of Florida ranks fifth in the fewest number of civil filings (and the four districts with fewer civil filings each have fewer judges); second in the shortest median time from filing to disposition; and third in median time from filing to trial. Movants therefore submit that the docket of the Southern District of Florida can accommodate the requested transfer.

Third, the issues raised in the various complaints (and amended complaints) do not require any particular expertise, such as a complex patent or anti-trust matter might, and, thus, the Southern District of Florida is well able to supervise and coordinate the progress of this litigation. Further, the assigned Judge, the Honorable Alan Gold, has substantial experience managing class actions. In addition, Judge Gold has experience in multidistrict litigation. See, e.g., In Re America Online, Inc., No. 00-MD-1341, S.D. Fla., which concluded in 2003.

Fourth, no substantial individual fact issues exist as to each plaintiff. The crux of this action, and the other pending actions nationwide, centers on the wrongful conduct of DuPont in

failing to disclose to the consuming public the potential for serious public health, safety and welfare issues resulting from its manufacture, advertising and sale of Teflon.

Fifth, the Southern District of Florida is an accessible metropolitan court and located in a major city where thousands of claims may be involved. See In re Wireless Telephone 911 Calls Litigation, 259 F. Supp. 2d 1372 (J.P.M.L. 2003); In re Gator Corp. Software Trademark & Copyright Litigation, 259 F. Supp. 2d 1378 (J.P.M.L. 2003).

There are other factors which the Panel should consider. Amended complaints in the Related Actions were filed on or around September 15, 2005 and national class counsel (based in the Florida) and counsel for Dupont have agreed to seek permission for each court in which a Related Action is pending to extend any pre-trial deadlines pending this Panel's decision on the Motion. Therefore, no individual judge has significant experience with the actions, no litigation has substantially progressed and no one matter has progressed substantially beyond the others.

## IV.    **CONCLUSION**

The interests underlying Section 1407 should compel this Panel to consolidate the class certification, pretrial and discovery proceedings and transfer the related actions against DuPont to the Southern District of Florida. For the foregoing reasons, Movants respectfully request that this Panel grant this motion in its entirety.

11

Dated: October 12, 2005

Respectfully submitted,

KLUGER, PERETZ, KAPLAN & BERLIN, P.L.
Attorneys for Movants
Miami Center, Seventeenth Floor
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 379-9000
Facsimile: (305) 379-3428

By: _____
Alan J. Kluger
Fla. Bar No. 200379
akluger@kpkb.com
Steve I. Silverman
Fla. Bar No. 516831
ssilverman@kpkb.com
Stuart R. Silver
Fla. Bar No. 184237
ssilver@kpkb.com

M0259751

- and -

Oppenheim & Pilelsky, P.A.
2500 Weston Road, Suite 404
Weston, Florida 33331
Roy Oppenheim
Fla. Bar No. 710016
roy@gate.net

12

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| **CALIFORNIA CENTRAL** | | | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | U.S. | Circuit |
| **OVERALL CASELOAD STATISTICS** | Filings* | | 16,938 | 14,720 | 15,440 | 15,342 | 17,888 | 16,232 | | |
| | Terminations | | 15,269 | 15,800 | 16,936 | 16,906 | 13,988 | 12,874 | | |
| | Pending | | 14,720 | 13,129 | 14,525 | 16,142 | 17,670 | 14,043 | | |
| | % Change in Total Filings | Over Last Year | | 15.1 | | | | | 12 | 2 |
| | | Over Earlier Years | | | 9.7 | 10.4 | -5.3 | 4.3 | 56 | 10 |
| | Number of Judgeships | | 28 | 28 | 27 | 27 | 27 | 27 | | |
| | Vacant Judgeship Months** | | 2.3 | 23.6 | 63.9 | 57.3 | 46.5 | 62.0 | | |
| **ACTIONS PER JUDGESHIP** | FILINGS | Total | 605 | 526 | 572 | 568 | 663 | 601 | 16 | 5 |
| | | Civil | 515 | 451 | 490 | 521 | 612 | 558 | 10 | 3 |
| | | Criminal Felony | 60 | 49 | 58 | 47 | 51 | 43 | 58 | 12 |
| | | Supervised Release Hearings** | 30 | 26 | 24 | - | - | - | 22 | 9 |
| | Pending Cases | | 526 | 469 | 538 | 598 | 654 | 520 | 19 | 3 |
| | Weighted Filings** | | 651 | 590 | 584 | 557 | 592 | 571 | 6 | 2 |
| | Terminations | | 545 | 564 | 627 | 626 | 518 | 477 | 20 | 6 |
| | Trials Completed | | 12 | 14 | 12 | 14 | 11 | 12 | 80 | 12 |
| **MEDIAN TIMES (months)** | From Filing to Disposition | Criminal Felony | 8.2 | 9.4 | 8.6 | 9.1 | 8.8 | 8.1 | 49 | 9 |
| | | Civil** | 7.3 | 7.5 | 7.9 | 7.1 | 7.5 | 7.1 | 14 | 3 |
| | From Filing to Trial** (Civil Only) | | 17.8 | 21.2 | 20.0 | 21.0 | 18.0 | 20.0 | 15 | 2 |
| **OTHER** | Civil Cases Over 3 Years Old** | Number | 624 | 609 | 650 | 541 | 408 | 393 | | |
| | | Percentage | 5.0 | 5.4 | 5.2 | 3.8 | 2.6 | 3.1 | 61 | 6 |
| | Average Number of Felony Defendants Filed Per Case | | 1.4 | 1.4 | 1.4 | 1.5 | 1.5 | 1.5 | | |
| | Jurors | Avg. Present for Jury Selection | 49.01 | 49.49 | 54.63 | 61.75 | 57.63 | 55.38 | | |
| | | Percent Not Selected or Challenged | 49.4 | 51.6 | 55.5 | 58.8 | 49.8 | 31.9 | | |

| 2004 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 14415 | 1415 | 207 | 2716 | 251 | 66 | 795 | 1337 | 2487 | 1287 | 2066 | 38 | 1750 |
| Criminal* | 1662 | 688 | 16 | 135 | 2 | 109 | 143 | ** | 56 | 303 | 13 | 44 | 153 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."



# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| **COLORADO** | | | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | | |
| OVERALL CASELOAD STATISTICS | Filings* | | 3,520 | 3,418 | 3,233 | 3,092 | 3,099 | 3,107 | U.S. | Circuit |
| | Terminations | | 3,545 | 3,201 | 3,294 | 3,081 | 2,970 | 3,237 | | |
| | Pending | | 2,910 | 2,966 | 2,950 | 3,041 | 3,067 | 2,959 | | |
| | % Change in Total Filings | Over Last Year | | 3.0 | | | | | 36 | 4 |
| | | Over Earlier Years | | | 8.9 | 13.8 | 13.6 | 13.3 | 39 | 4 |
| | Number of Judgeships | | 7 | 7 | 7 | 7 | 7 | 7 | | |
| | Vacant Judgeship Months** | | .0 | 3.0 | 10.1 | 17.0 | 12.0 | 12.0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 504 | 488 | 461 | 442 | 443 | 444 | 32 | 3 |
| | | Civil | 407 | 383 | 372 | 381 | 371 | 388 | 33 | 2 |
| | | Criminal Felony | 75 | 87 | 79 | 61 | 72 | 56 | 42 | 5 |
| | | Supervised Release Hearings** | 22 | 18 | 10 | - | - | - | 36 | 3 |
| | Pending Cases | | 416 | 424 | 421 | 434 | 438 | 423 | 42 | 2 |
| | Weighted Filings** | | 579 | 557 | 550 | 538 | 565 | 570 | 19 | 1 |
| | Terminations | | 506 | 457 | 471 | 440 | 424 | 462 | 34 | 3 |
| | Trials Completed | | 26 | 23 | 27 | 35 | 30 | 24 | 19 | 3 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 8.5 | 7.4 | 9.4 | 7.9 | 6.8 | 6.8 | 57 | 8 |
| | | Civil** | 8.7 | 9.3 | 9.9 | 10.0 | 9.2 | 9.3 | 30 | 3 |
| | From Filing to Trial** (Civil Only) | | 26.4 | 26.0 | 28.0 | 33.4 | 29.8 | 22.5 | 60 | 7 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 151 | 160 | 181 | 174 | 229 | 152 | | |
| | | Percentage | 6.2 | 6.3 | 7.4 | 6.6 | 8.6 | 5.7 | 72 | 6 |
| | Average Number of Felony Defendants Filed Per Case | | 1.5 | 1.4 | 1.4 | 1.6 | 1.5 | 1.7 | | |
| | Jurors | Avg. Present for Jury Selection | 36.91 | 38.89 | 31.14 | 35.53 | 33.97 | 33.26 | | |
| | | Percent Not Selected or Challenged | 37.8 | 45.6 | 35.8 | 41.9 | 41.6 | 40.0 | | |

| 2004 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 2847 | 141 | 5 | 739 | 55 | 24 | 123 | 338 | 356 | 148 | 531 | 2 | 385 |
| Criminal* | 517 | 105 | 10 | 148 | 3 | 8 | 96 | ** | 15 | 53 | 19 | 14 | 46 |

\*   Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|
| **FLORIDA SOUTHERN** | | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | 8,479 | 9,058 | 9,490 | 10,790 | 9,875 | 8,424 | | |
| | Terminations | 8,904 | 9,370 | 9,797 | 10,170 | 8,635 | 8,671 | | |
| | Pending | 7,302 | 7,788 | 8,203 | 9,099 | 8,426 | 7,177 | | |
| | % Change in Total Filings — Over Last Year | | -6.4 | | | | | 78 | 7 |
| | % Change in Total Filings — Over Earlier Years | | | -10.7 | -21.4 | -14.1 | .7 | 66 | 4 |
| | Number of Judgeships | 18 | 18 | 17 | 17 | 16 | 16 | | |
| | Vacant Judgeship Months** | 7.5 | 12.8 | 29.5 | 21.5 | 10.1 | 13.5 | | |
| ACTIONS PER JUDGESHIP | FILINGS — Total | 470 | 503 | 559 | 635 | 617 | 527 | 47 | 5 |
| | FILINGS — Civil | 373 | 396 | 441 | 527 | 512 | 434 | 42 | 6 |
| | FILINGS — Criminal Felony | 79 | 90 | 103 | 108 | 105 | 93 | 36 | 2 |
| | FILINGS — Supervised Release Hearings** | 18 | 17 | 15 | - | - | - | 46 | 5 |
| | Pending Cases | 406 | 433 | 483 | 535 | 527 | 449 | 47 | 5 |
| | Weighted Filings** | 513 | 558 | 606 | 667 | 666 | 571 | 39 | 5 |
| | Terminations | 495 | 521 | 576 | 598 | 540 | 542 | 38 | 3 |
| | Trials Completed | 20 | 21 | 23 | 23 | 31 | 34 | 41 | 5 |
| MEDIAN TIMES (months) | From Filing to Disposition — Criminal Felony | 6.1 | 6.2 | 6.5 | 6.3 | 7.2 | 7.1 | 15 | 1 |
| | From Filing to Disposition — Civil** | 6.3 | 6.3 | 7.7 | 7.3 | 8.7 | 10.4 | 5 | 1 |
| | From Filing to Trial** (Civil Only) | 18.0 | 18.3 | 15.0 | 19.3 | 19.8 | 19.8 | 16 | 3 |
| OTHER | Civil Cases Over 3 Years Old** — Number | 1,047 | 714 | 223 | 278 | 227 | 188 | | |
| | Civil Cases Over 3 Years Old** — Percentage | 16.7 | 10.6 | 3.2 | 3.8 | 3.3 | 3.3 | 89 | 9 |
| | Average Number of Felony Defendants Filed Per Case | 1.7 | 1.6 | 1.5 | 1.5 | 1.6 | 1.7 | | |
| | Jurors — Avg. Present for Jury Selection | 42.54 | 44.00 | 42.51 | 45.57 | 43.59 | 43.10 | | |
| | Jurors — Percent Not Selected or Challenged | 19.2 | 23.8 | 22.8 | 28.8 | 26.5 | 30.4 | | |

| 2004 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 6720 | 112 | 368 | 1230 | 104 | 70 | 1251 | 837 | 679 | 244 | 956 | 8 | 861 |
| Criminal* | 1413 | 234 | 18 | 105 | 10 | 36 | 505 | ** | 21 | 281 | 9 | 16 | 178 |

* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
** See "Explanation of Selected Terms."

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|
| **ILLINOIS NORTHERN** | | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | 10,584 | 11,126 | 11,135 | 10,957 | 9,496 | 10,053 | | |
| | Terminations | 11,461 | 10,888 | 10,709 | 10,319 | 9,784 | 9,918 | | |
| | Pending | 7,706 | 8,699 | 8,587 | 8,271 | 7,713 | 8,196 | | |
| | % Change in Total Filings — Over Last Year | | -4.9 | | | | | 70 | 7 |
| | % Change in Total Filings — Over Earlier Years | | | -5.0 | -3.4 | 11.5 | 5.3 | 54 | 5 |
| Number of Judgeships | | 22 | 22 | 22 | 22 | 22 | 22 | | |
| Vacant Judgeship Months** | | 9.6 | 22.1 | 17.8 | 3.3 | 19.2 | 33.2 | | |
| ACTIONS PER JUDGESHIP | FILINGS — Total | 481 | 505 | 506 | 498 | 432 | 457 | 42 | 4 |
| | FILINGS — Civil | 437 | 461 | 459 | 470 | 402 | 431 | 19 | 3 |
| | FILINGS — Criminal Felony | 32 | 38 | 39 | 28 | 30 | 26 | 88 | 7 |
| | FILINGS — Supervised Release Hearings** | 12 | 6 | 8 | - | - | - | 72 | 6 |
| | Pending Cases | 350 | 395 | 390 | 376 | 351 | 373 | 63 | 4 |
| | Weighted Filings** | 512 | 526 | 525 | 503 | 482 | 483 | 41 | 4 |
| | Terminations | 521 | 495 | 487 | 469 | 445 | 451 | 30 | 3 |
| | Trials Completed | 12 | 12 | 14 | 15 | 13 | 15 | 80 | 6 |
| MEDIAN TIMES (months) | From Filing to Disposition — Criminal Felony | 10.3 | 9.9 | 10.3 | 9.9 | 11.0 | 10.8 | 78 | 6 |
| | From Filing to Disposition — Civil** | 5.9 | 5.5 | 5.5 | 5.6 | 5.1 | 6.0 | 4 | 2 |
| | From Filing to Trial** (Civil Only) | 28.4 | 26.0 | 26.0 | 26.3 | 27.5 | 28.5 | 70 | 7 |
| OTHER | Civil Cases Over 3 Years Old** — Number | 337 | 442 | 461 | 485 | 504 | 527 | | |
| | Civil Cases Over 3 Years Old** — Percentage | 5.0 | 5.6 | 6.0 | 6.4 | 7.2 | 6.9 | 61 | 6 |
| | Average Number of Felony Defendants Filed Per Case | 1.9 | 1.7 | 1.7 | 1.6 | 1.7 | 1.7 | | |
| | Jurors — Avg. Present for Jury Selection | 39.36 | 45.57 | 43.63 | 39.43 | 38.55 | 39.23 | | |
| | Jurors — Percent Not Selected or Challenged | 31.0 | 37.3 | 34.8 | 36.7 | 29.5 | 34.5 | | |

| 2004 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 9615 | 126 | 166 | 768 | 76 | 1717 | 1573 | 859 | 584 | 418 | 1688 | 32 | 1608 |
| Criminal* | 694 | 71 | 20 | 87 | 1 | 30 | 160 | ** | 13 | 183 | 6 | 41 | 82 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| **MICHIGAN EASTERN** | | | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 5,679 | 5,843 | 5,706 | 5,432 | 6,294 | 7,160 | | |
| | Terminations | | 5,534 | 5,400 | 5,585 | 5,416 | 6,771 | 6,756 | | |
| | Pending | | 20,097 | 19,876 | 19,441 | 19,342 | 19,373 | 19,795 | | |
| | % Change in Total Filings | Over Last Year | | -2.8 | | | | | 64 | 6 |
| | | Over Earlier Years | | | -.5 | 4.5 | -9.8 | -20.7 | 88 | 9 |
| | Number of Judgeships | | 15 | 15 | 15 | 15 | 15 | 15 | | |
| | Vacant Judgeship Months** | | 27.5 | 24.0 | 24.0 | 20.0 | 18.1 | 9.0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 379 | 389 | 380 | 362 | 420 | 477 | 69 | 8 |
| | | Civil | 325 | 329 | 327 | 329 | 387 | 438 | 52 | 7 |
| | | Criminal Felony | 40 | 45 | 40 | 33 | 33 | 39 | 83 | 9 |
| | | Supervised Release Hearings** | 14 | 15 | 13 | - | - | - | 59 | 8 |
| | Pending Cases | | 1,340 | 1,325 | 1,296 | 1,289 | 1,292 | 1,320 | 3 | 1 |
| | Weighted Filings** | | 406 | 426 | 404 | 387 | 396 | 380 | 67 | 8 |
| | Terminations | | 369 | 360 | 372 | 361 | 451 | 450 | 69 | 9 |
| | Trials Completed | | 12 | 11 | 13 | 13 | 11 | 15 | 80 | 7 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 11.4 | 9.8 | 11.0 | 11.4 | 10.1 | 13.0 | 84 | 8 |
| | | Civil** | 9.7 | 9.7 | 9.4 | 9.4 | 9.7 | 9.5 | 49 | 2 |
| | From Filing to Trial** (Civil Only) | | 22.0 | 23.8 | 21.0 | 21.7 | 20.5 | 22.2 | 41 | 6 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 14,923 | 14,876 | 14,857 | 14,763 | 10,456 | 67 | | |
| | | Percentage | 77.5 | 77.8 | 79.1 | 78.7 | 55.7 | .4 | 93 | 9 |
| | Average Number of Felony Defendants Filed Per Case | | 1.6 | 1.5 | 1.6 | 1.8 | 1.9 | 1.6 | | |
| | Jurors | Avg. Present for Jury Selection | 56.08 | 61.29 | 44.52 | 38.79 | 39.34 | 48.01 | | |
| | | Percent Not Selected or Challenged | 44.4 | 52.4 | 44.0 | 38.0 | 42.1 | 44.2 | | |

| 2004 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 4871 | 240 | 235 | 918 | 78 | 62 | 643 | 561 | 463 | 178 | 817 | 9 | 667 |
| Criminal* | 585 | 49 | 20 | 135 | 1 | 32 | 169 | ** | 5 | 104 | 1 | 17 | 52 |

* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
** See "Explanation of Selected Terms."

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|
| **MASSACHUSETTS** | | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | 3,819 | 3,720 | 3,765 | 3,276 | 3,651 | 3,770 | | |
| | Terminations | 3,683 | 3,513 | 3,565 | 3,470 | 3,501 | 3,842 | | |
| | Pending | 4,496 | 4,416 | 4,300 | 4,126 | 4,275 | 4,117 | | |
| | % Change in Total Filings — Over Last Year | | 2.7 | | | | | 38 | 2 |
| | % Change in Total Filings — Over Earlier Years | | | 1.4 | 16.6 | 4.6 | 1.3 | 64 | 3 |
| | Number of Judgeships | 13 | 13 | 13 | 13 | 13 | 13 | | |
| | Vacant Judgeship Months** | 8.0 | 7.0 | .0 | .0 | .0 | .0 | | |
| ACTIONS PER JUDGESHIP | FILINGS — Total | 294 | 285 | 289 | 252 | 281 | 290 | 83 | 2 |
| | FILINGS — Civil | 255 | 246 | 243 | 222 | 249 | 258 | 74 | 2 |
| | FILINGS — Criminal Felony | 27 | 31 | 38 | 30 | 32 | 32 | 93 | 5 |
| | FILINGS — Supervised Release Hearings** | 12 | 8 | 8 | - | - | - | 72 | 2 |
| | Pending Cases | 346 | 340 | 331 | 317 | 329 | 317 | 65 | 1 |
| | Weighted Filings** | 349 | 344 | 354 | 322 | 364 | 347 | 74 | 1 |
| | Terminations | 283 | 270 | 274 | 267 | 269 | 296 | 85 | 3 |
| | Trials Completed | 17 | 15 | 15 | 12 | 13 | 14 | 58 | 2 |
| MEDIAN TIMES (months) | From Filing to Disposition — Criminal Felony | 14.9 | 14.3 | 13.4 | 13.2 | 12.6 | 12.4 | 94 | 5 |
| | From Filing to Disposition — Civil** | 9.4 | 10.7 | 11.5 | 10.2 | 10.2 | 10.9 | 42 | 3 |
| | From Filing to Trial** (Civil Only) | 31.7 | 28.5 | 25.5 | 23.8 | 26.4 | 23.0 | 75 | 4 |
| OTHER | Civil Cases Over 3 Years Old** — Number | 215 | 198 | 229 | 275 | 260 | 160 | | |
| | Civil Cases Over 3 Years Old** — Percentage | 5.7 | 5.4 | 6.3 | 7.7 | 7.0 | 4.4 | 68 | 4 |
| | Average Number of Felony Defendants Filed Per Case | 1.5 | 1.4 | 1.6 | 1.6 | 1.5 | 1.7 | | |
| | Jurors — Avg. Present for Jury Selection | 47.60 | 49.14 | 46.26 | 51.51 | 44.40 | 41.94 | | |
| | Jurors — Percent Not Selected or Challenged | 27.5 | 33.4 | 23.2 | 26.2 | 14.8 | 15.2 | | |

| 2004 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 3312 | 97 | 24 | 424 | 43 | 34 | 269 | 503 | 581 | 223 | 492 | 10 | 612 |
| Criminal* | 351 | 29 | 8 | 46 | - | 22 | 96 | ** | 4 | 91 | - | 14 | 41 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|
| **MISSOURI EASTERN** | | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | U.S. | Circuit |
| **OVERALL CASELOAD STATISTICS** | Filings* | 3,070 | 3,010 | 3,079 | 2,949 | 2,993 | 2,871 | | |
| | Terminations | 3,004 | 3,077 | 3,149 | 2,832 | 3,068 | 3,129 | | |
| | Pending | 2,496 | 2,411 | 2,505 | 2,583 | 2,461 | 2,542 | | |
| | % Change in Total Filings — Over Last Year | | 2.0 | | | | | 45 | 6 |
| | % Change in Total Filings — Over Earlier Years | | | -.3 | 4.1 | 2.6 | 6.9 | 51 | 9 |
| | Number of Judgeships | 8 | 8 | 8 | 8 | 8 | 8 | | |
| | Vacant Judgeship Months** | .0 | .0 | 11.5 | 12.0 | 12.0 | 12.0 | | |
| **ACTIONS PER JUDGESHIP** | FILINGS — Total | 384 | 376 | 385 | 369 | 374 | 359 | 66 | 8 |
| | FILINGS — Civil | 268 | 271 | 290 | 301 | 303 | 298 | 73 | 8 |
| | FILINGS — Criminal Felony | 94 | 89 | 81 | 68 | 71 | 61 | 28 | 7 |
| | FILINGS — Supervised Release Hearings** | 22 | 16 | 14 | - | - | - | 36 | 6 |
| | Pending Cases | 312 | 301 | 313 | 323 | 308 | 318 | 77 | 8 |
| | Weighted Filings** | 439 | 432 | 428 | 397 | 403 | 393 | 57 | 7 |
| | Terminations | 376 | 385 | 394 | 354 | 384 | 391 | 65 | 8 |
| | Trials Completed | 16 | 17 | 16 | 18 | 19 | 19 | 63 | 8 |
| **MEDIAN TIMES (months)** | From Filing to Disposition — Criminal Felony | 6.3 | 6.3 | 5.8 | 5.8 | 5.5 | 5.7 | 16 | 3 |
| | From Filing to Disposition — Civil** | 10.7 | 9.8 | 10.3 | 10.0 | 10.2 | 10.5 | 66 | 6 |
| | From Filing to Trial** (Civil Only) | 20.4 | 19.0 | 23.4 | 18.2 | 18.5 | 17.7 | 29 | 4 |
| **OTHER** | Civil Cases Over 3 Years Old** — Number | 28 | 19 | 43 | 37 | 39 | 26 | | |
| | Civil Cases Over 3 Years Old** — Percentage | 1.4 | 1.0 | 2.0 | 1.6 | 1.8 | 1.1 | 15 | 3 |
| | Average Number of Felony Defendants Filed Per Case | 1.5 | 1.3 | 1.3 | 1.3 | 1.3 | 1.4 | | |
| | Jurors — Avg. Present for Jury Selection | 35.47 | 36.14 | 28.41 | 26.23 | 29.56 | 29.13 | | |
| | Jurors — Percent Not Selected or Challenged | 29.8 | 26.2 | 19.1 | 24.6 | 20.6 | 26.5 | | |

| 2004 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 2143 | 143 | 6 | 499 | 28 | 16 | 232 | 247 | 304 | 109 | 417 | 1 | 141 |
| Criminal* | 747 | 32 | 3 | 227 | 8 | 11 | 288 | ** | 17 | 103 | 1 | 16 | 41 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| **NEW YORK SOUTHERN** | | | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | U.S. | Circuit |
| **OVERALL CASELOAD STATISTICS** | Filings* | | 12,422 | 12,321 | 13,937 | 12,783 | 11,564 | 15,106 | | |
| | Terminations | | 11,471 | 10,780 | 12,618 | 11,247 | 14,638 | 11,350 | | |
| | Pending | | 17,638 | 17,275 | 16,198 | 15,818 | 14,275 | 17,626 | | |
| | % Change in Total Filings | Over Last Year | | .8 | | | | | 52 | 3 |
| | | Over Earlier Years | | | -10.9 | -2.8 | 7.4 | -17.8 | 87 | 5 |
| | Number of Judgeships | | 28 | 28 | 28 | 28 | 28 | 28 | | |
| | Vacant Judgeship Months** | | 8.8 | 33.3 | 15.8 | .0 | 22.1 | 38.0 | | |
| **ACTIONS PER JUDGESHIP** | FILINGS | Total | 444 | 441 | 498 | 457 | 413 | 540 | 54 | 3 |
| | | Civil | 388 | 381 | 441 | 420 | 371 | 492 | 37 | 3 |
| | | Criminal Felony | 44 | 47 | 48 | 37 | 42 | 48 | 80 | 5 |
| | | Supervised Release Hearings** | 12 | 13 | 9 | - | - | - | 72 | 5 |
| | Pending Cases | | 630 | 617 | 579 | 565 | 510 | 630 | 11 | 3 |
| | Weighted Filings** | | 527 | 513 | 539 | 560 | 521 | 489 | 35 | 3 |
| | Terminations | | 410 | 385 | 451 | 402 | 523 | 405 | 57 | 3 |
| | Trials Completed | | 16 | 17 | 15 | 15 | 18 | 21 | 63 | 3 |
| **MEDIAN TIMES (months)** | From Filing to Disposition | Criminal Felony | 11.9 | 11.8 | 13.3 | 12.3 | 13.5 | 12.0 | 88 | 5 |
| | | Civil** | 8.1 | 8.4 | 8.3 | 7.2 | 5.2 | 9.0 | 23 | 2 |
| | From Filing to Trial** (Civil Only) | | 26.8 | 22.6 | 23.0 | 24.4 | 22.0 | 24.8 | 62 | 1 |
| **OTHER** | Civil Cases Over 3 Years Old** | Number | 1,656 | 1,312 | 1,230 | 1,585 | 1,098 | 990 | | |
| | | Percentage | 11.6 | 9.2 | 9.2 | 12.1 | 9.5 | 6.6 | 83 | 4 |
| | Average Number of Felony Defendants Filed Per Case | | 1.7 | 1.5 | 1.5 | 1.6 | 1.7 | 1.5 | | |
| | Jurors | Avg. Present for Jury Selection | 88.01 | 82.96 | 83.28 | 73.12 | 60.55 | 52.58 | | |
| | | Percent Not Selected or Challenged | 53.1 | 54.8 | 61.9 | 53.2 | 54.0 | 47.4 | | |

| 2004 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 10859 | 220 | 23 | 1251 | 68 | 44 | 919 | 1744 | 2340 | 808 | 1643 | 109 | 1690 |
| Criminal* | 1204 | 135 | 14 | 172 | 15 | 66 | 348 | ** | 18 | 330 | 4 | 9 | 93 |

* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
** See "Explanation of Selected Terms."

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| **OHIO NORTHERN** | | | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | U.S. | Circuit |
| **OVERALL CASELOAD STATISTICS** | Filings* | | 10,442 | 4,531 | 14,889 | 5,962 | 8,347 | 7,310 | U.S. | Circuit |
| | Terminations | | 7,151 | 14,721 | 4,585 | 4,441 | 6,178 | 6,408 | | |
| | Pending | | 7,323 | 5,361 | 17,929 | 7,618 | 6,100 | 4,546 | | |
| | % Change in Total Filings | Over Last Year | | 130.5 | | | | | 2 | 1 |
| | | Over Earlier Years | | | -29.9 | 75.1 | 25.1 | 42.8 | 10 | 1 |
| | Number of Judgeships | | 12 | 12 | 12 | 12 | 12 | 12 | | |
| | Vacant Judgeship Months** | | .0 | 4.6 | 12.0 | 12.0 | 12.0 | 7.1 | | |
| **ACTIONS PER JUDGESHIP** | **FILINGS** | Total | 870 | 378 | 1,241 | 497 | 696 | 609 | 3 | 1 |
| | | Civil | 797 | 312 | 1,173 | 447 | 654 | 569 | 3 | 1 |
| | | Criminal Felony | 53 | 42 | 48 | 50 | 42 | 40 | 69 | 7 |
| | | Supervised Release Hearings** | 20 | 24 | 20 | - | - | - | 43 | 5 |
| | Pending Cases | | 610 | 447 | 1,494 | 635 | 508 | 379 | 12 | 2 |
| | Weighted Filings** | | 452 | 421 | 535 | 442 | 463 | 428 | 55 | 7 |
| | Terminations | | 596 | 1,227 | 382 | 370 | 515 | 534 | 14 | 1 |
| | Trials Completed | | 10 | 10 | 9 | 10 | 11 | 15 | 90 | 9 |
| **MEDIAN TIMES (months)** | From Filing to Disposition | Criminal Felony | 6.4 | 6.6 | 6.7 | 6.1 | 5.8 | 6.1 | 20 | 2 |
| | | Civil** | 8.6 | 13.7 | 7.6 | 8.3 | 4.2 | 5.4 | 28 | 1 |
| | From Filing to Trial** (Civil Only) | | 20.7 | 22.0 | 23.0 | 19.7 | 22.0 | 19.8 | 33 | 3 |
| **OTHER** | Civil Cases Over 3 Years Old** | Number | 76 | 61 | 96 | 75 | 63 | 94 | | |
| | | Percentage | 1.1 | 1.2 | .5 | 1.0 | 1.1 | 2.2 | 10 | 1 |
| | Average Number of Felony Defendants Filed Per Case | | 1.6 | 1.8 | 1.9 | 1.7 | 1.8 | 1.5 | | |
| | Jurors | Avg. Present for Jury Selection | 36.63 | 34.75 | 35.59 | 31.00 | 27.19 | 34.46 | | |
| | | Percent Not Selected or Challenged | 32.5 | 24.3 | 30.1 | 23.9 | 19.4 | 25.7 | | |

| 2004 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 9558 | 222 | 13 | 495 | 50 | 52 | 406 | 449 | 6461 | 89 | 551 | 12 | 758 |
| Criminal* | 630 | 35 | 44 | 138 | 3 | 15 | 114 | ** | 28 | 115 | 3 | 56 | 79 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| **PENNSYLVANIA EASTERN** | | | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | U.S. | Circuit |
| **OVERALL CASELOAD STATISTICS** | Filings* | | 16,198 | 12,173 | 13,447 | 8,109 | 9,255 | 8,484 | | |
| | Terminations | | 12,754 | 12,862 | 14,034 | 9,087 | 7,754 | 8,764 | | |
| | Pending | | 9,930 | 6,422 | 7,143 | 7,693 | 8,661 | 7,134 | | |
| | % Change in Total Filings | Over Last Year | | 33.1 | | | | | 4 | 1 |
| | | Over Earlier Years | | | 20.5 | 99.8 | 75.0 | 90.9 | 3 | 1 |
| | Number of Judgeships | | 22 | 22 | 22 | 22 | 22 | 22 | | |
| | Vacant Judgeship Months** | | 34.6 | 6.6 | 40.7 | 38.5 | 71.6 | 59.2 | | |
| **ACTIONS PER JUDGESHIP** | FILINGS | Total | 737 | 553 | 610 | 369 | 421 | 386 | 6 | 1 |
| | | Civil | 694 | 512 | 575 | 339 | 389 | 354 | 4 | 1 |
| | | Criminal Felony | 32 | 31 | 30 | 30 | 32 | 32 | 88 | 5 |
| | | Supervised Release Hearings** | 11 | 10 | 5 | - | - | - | 79 | 1 |
| | Pending Cases | | 451 | 292 | 325 | 350 | 394 | 324 | 32 | 3 |
| | Weighted Filings** | | 495 | 408 | 461 | 386 | 385 | 387 | 48 | 4 |
| | Terminations | | 580 | 585 | 638 | 413 | 352 | 398 | 16 | 1 |
| | Trials Completed | | 12 | 11 | 11 | 14 | 14 | 14 | 80 | 5 |
| **MEDIAN TIMES (months)** | From Filing to Disposition | Criminal Felony | 11.6 | 10.6 | 10.6 | 9.6 | 8.5 | 8.6 | 86 | 6 |
| | | Civil** | 1.0 | 2.7 | 2.2 | 8.0 | 7.8 | 8.1 | 1 | 1 |
| | From Filing to Trial** (Civil Only) | | 16.0 | 19.0 | 17.3 | 15.2 | 15.3 | 14.3 | 8 | 1 |
| **OTHER** | Civil Cases Over 3 Years Old** | Number | 292 | 332 | 623 | 521 | 138 | 66 | | |
| | | Percentage | 3.3 | 6.0 | 10.0 | 7.7 | 1.8 | 1.0 | 42 | 2 |
| | Average Number of Felony Defendants Filed Per Case | | 1.4 | 1.5 | 1.6 | 1.6 | 1.6 | 1.7 | | |
| | Jurors | Avg. Present for Jury Selection | 74.08 | 73.11 | 75.23 | 67.20 | 60.24 | 54.74 | | |
| | | Percent Not Selected or Challenged | 43.9 | 44.3 | 50.3 | 44.1 | 41.4 | 39.8 | | |

| 2004 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 15263 | 477 | 9 | 1250 | 47 | 61 | 441 | 955 | 9363 | 441 | 1344 | 45 | 830 |
| Criminal* | 696 | 55 | 21 | 197 | 2 | 14 | 153 | ** | 12 | 136 | 5 | 38 | 63 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\** See "Explanation of Selected Terms."

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|
| **SOUTH CAROLINA** | | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | | |
| **OVERALL CASELOAD STATISTICS** | Filings* | 24,510 | 5,210 | 5,211 | 5,570 | 4,840 | 5,022 | U.S. | Circuit |
| | Terminations | 5,377 | 4,981 | 4,685 | 4,753 | 5,027 | 4,659 | | |
| | Pending | 24,228 | 5,167 | 4,988 | 4,547 | 3,710 | 3,927 | | |
| | % Change in Total Filings — Over Last Year | | 370.4 | | | | | 1 | 1 |
| | % Change in Total Filings — Over Earlier Years | | | 370.4 | 340.0 | 406.4 | 388.1 | 1 | 1 |
| | Number of Judgeships | 10 | 10 | 10 | 10 | 9 | 9 | | |
| | Vacant Judgeship Months** | 8.8 | 9.4 | 2.1 | 9.5 | .0 | 1.0 | | |
| **ACTIONS PER JUDGESHIP** | FILINGS — Total | 2,452 | 521 | 522 | 557 | 538 | 558 | 1 | 1 |
| | FILINGS — Civil | 2,360 | 428 | 433 | 492 | 466 | 484 | 1 | 1 |
| | FILINGS — Criminal Felony | 78 | 83 | 84 | 65 | 72 | 74 | 38 | 6 |
| | FILINGS — Supervised Release Hearings** | 14 | 10 | 5 | - | - | - | 59 | 8 |
| | Pending Cases | 2,423 | 517 | 499 | 455 | 412 | 436 | 2 | 1 |
| | Weighted Filings** | 2,454 | 505 | 521 | 914 | 542 | 517 | 1 | 1 |
| | Terminations | 538 | 498 | 469 | 475 | 559 | 518 | 24 | 2 |
| | Trials Completed | 20 | 20 | 24 | 33 | 30 | 32 | 41 | 5 |
| **MEDIAN TIMES (months)** | From Filing to Disposition — Criminal Felony | 8.7 | 8.5 | 8.6 | 7.5 | 7.9 | 7.0 | 61 | 6 |
| | From Filing to Disposition — Civil** | 9.4 | 8.2 | 7.5 | 7.6 | 8.5 | 8.7 | 42 | 4 |
| | From Filing to Trial** (Civil Only) | 20.0 | 22.5 | 16.5 | 16.4 | 15.8 | 15.0 | 21 | 4 |
| **OTHER** | Civil Cases Over 3 Years Old** — Number | 918 | 68 | 45 | 38 | 42 | 34 | | |
| | Civil Cases Over 3 Years Old** — Percentage | 3.9 | 1.6 | 1.1 | 1.0 | 1.3 | 1.0 | 48 | 6 |
| | Average Number of Felony Defendants Filed Per Case | 1.6 | 1.7 | 1.8 | 1.9 | 1.7 | 1.6 | | |
| | Jurors — Avg. Present for Jury Selection | 30.59 | 37.98 | 31.15 | 22.30 | 22.46 | 17.36 | | |
| | Jurors — Percent Not Selected or Challenged | 13.2 | 25.7 | 17.4 | 14.1 | 13.4 | 10.5 | | |

| 2004 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 23599 | 253 | 10 | 1266 | 51 | 362 | 398 | 565 | 586 | 74 | 713 | 4 | 19317 |
| Criminal* | 769 | 22 | 15 | 186 | 9 | 24 | 154 | ** | 40 | 211 | 4 | 37 | 67 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| **TEXAS SOUTHERN** | | | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | U.S. | Circuit |
| **OVERALL CASELOAD STATISTICS** | Filings* | | 15,102 | 13,487 | 12,762 | 10,919 | 10,759 | 10,672 | | |
| | Terminations | | 14,082 | 12,862 | 12,340 | 10,583 | 11,130 | 10,123 | | |
| | Pending | | 9,634 | 8,589 | 7,904 | 7,512 | 7,102 | 7,475 | | |
| | % Change in Total Filings | Over Last Year | | 12.0 | | | | | 13 | 1 |
| | | Over Earlier Years | | | 18.3 | 38.3 | 40.4 | 41.5 | 11 | 1 |
| Number of Judgeships | | | 19 | 19 | 19 | 19 | 18 | 18 | | |
| Vacant Judgeship Months** | | | .0 | .0 | 14.0 | 21.5 | 5.0 | 10.0 | | |
| **ACTIONS PER JUDGESHIP** | **FILINGS** | Total | 794 | 709 | 672 | 575 | 598 | 593 | 5 | 1 |
| | | Civil | 433 | 408 | 405 | 357 | 397 | 416 | 21 | 4 |
| | | Criminal Felony | 295 | 254 | 220 | 218 | 201 | 177 | 4 | 2 |
| | | Supervised Release Hearings** | 66 | 47 | 47 | - | - | - | 4 | 1 |
| | Pending Cases | | 507 | 452 | 416 | 395 | 395 | 415 | 23 | 4 |
| | Weighted Filings** | | 629 | 609 | 585 | 520 | 557 | 546 | 9 | 2 |
| | Terminations | | 741 | 677 | 649 | 557 | 618 | 562 | 3 | 2 |
| | Trials Completed | | 27 | 32 | 41 | 44 | 53 | 49 | 15 | 3 |
| **MEDIAN TIMES (months)** | From Filing to Disposition | Criminal Felony | 4.5 | 4.6 | 4.8 | 4.5 | 4.4 | 4.5 | 3 | 1 |
| | | Civil** | 6.8 | 7.2 | 7.1 | 9.0 | 9.5 | 7.5 | 8 | 2 |
| | From Filing to Trial** (Civil Only) | | 19.5 | 20.8 | 18.9 | 18.5 | 18.3 | 18.5 | 20 | 5 |
| **OTHER** | Civil Cases Over 3 Years Old** | Number | 61 | 65 | 99 | 169 | 105 | 98 | | |
| | | Percentage | 1.1 | 1.2 | 1.9 | 3.4 | 2.0 | 1.7 | 10 | 2 |
| | Average Number of Felony Defendants Filed Per Case | | 1.2 | 1.2 | 1.2 | 1.2 | 1.3 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 55.44 | 49.36 | 47.25 | 46.68 | 44.41 | 38.79 | | |
| | | Percent Not Selected or Challenged | 42.7 | 40.8 | 41.7 | 41.8 | 44.7 | 38.7 | | |

| 2004 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 8233 | 170 | 954 | 1857 | 113 | 42 | 340 | 1013 | 2077 | 166 | 843 | 9 | 649 |
| Criminal* | 5599 | 3688 | 8 | 225 | 42 | 25 | 1329 | ** | 16 | 146 | 18 | 14 | 88 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\** See "Explanation of Selected Terms."