BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

---

In Re: DuPont Teflon Consumer      :
Class Action Litigation            :
                                   :
                                   :   MDL Docket No. _____

---

NOTICE OF FILING REVISED SIGNATURE BLOCK,
REVISED SCHEDULE "A" AND REVISED PROOF OF SERVICE

Plaintiffs, Natalie Belmonte, Sharon Berenfeld, M.D., Monica Martucci, Nicole M. Suri, Mirna Hormechea, Janet Brill, Ph.D, Sylvia Moss, Lewis Estevez, Melissa Zacharias, Ignacio Martinez, Rick Romash, Briditte Romash, Lillian Chasin and Carmen Finol ("Movants") hereby give notice of the filing of Movants' Revised Signature Block to Motion of Class Action Plaintiffs for Coordinated or Consolidated Pre-Trial Proceedings in a Single District, Revised Schedule "A" to Motion of Class Action Plaintiffs for Coordinated or Consolidated Pre-Trial

Proceedings in a Single District and Revised Proof of Service attached hereto as Movants' Exhibits "**A**," "**B**," and "**C**," respectively.

> Respectfully submitted,
>
> KLUGER, PERETZ, KAPLAN & BERLIN, P.L.
> Attorneys for Natalie Belmonte, Sharon Berenfeld, M.D., Monica Martucci, Nicole M. Suri, Mirna Hormechea, Janet Brill, Ph.D, Sylvia Moss, Lewis Estevez, Melissa Zacharias, Ignacio Martinez, Rick Romash, Briditte Romash, Lillian Chasin and Carmen Finol
> Miami Center, Seventeenth Floor
> 201 South Biscayne Boulevard
> Miami, Florida 33131
> Telephone: (305) 379-9000
> Facsimile: (305) 379-3428
>
> By: _____
> Alan J. Kluger
> Fla. Bar No. 200379
> akluger@kpkb.com
> Steve I. Silverman
> Fla. Bar No. 516831
> ssilverman@kpkb.com
> Stuart R. Silver
> Fla. Bar No. 184237
> ssilver@kpkb.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via U.S. Mail to: **All attorneys of record on the attached Revised Proof of Service**, this 20th of October, 2005.

_____
Steve I. Silverman

## CERTIFICATE OF FILING

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed to the clerk of each district court in which an action is pending that will be affected by the Motion, except the United States District Court for Massachusetts which copy has been transmitted electronically to Thomas G. Shapiro, Shapiro Haber & Urmy LLP at tshapiro@shulaw.com because such court requires electronic filing.

_____
Steve I. Silverman

## REVISED PROOF OF SERVICE
## CLERKS OF COURT

Clerk of the Court
United States District Court -
Central District of California
312 North Spring Street
Los Angeles, CA 90012

Clerk of the Court
United States District Court -
Southern District of Texas
5401 Bob Casey United States
Courthouse
414 Rusk Avenue
Houston, TX 77002

Clerk of the Court
United States District Court -
Northern District of Ohio
801 West Superior Avenue
Cleveland, OH 44113

Clerk of the Court
United States District Court -
Southern District of New York
500 Pearl Street and 40 Centre
Street
New York, NY 10007-1312

Clerk of the Court
United States District Court -
Northern District of Illinois
Everett McKinley Dirksen
Building, 20th Floor
219 South Dearborn Street
Chicago, IL 60604

Clerk of the Court
United States District Court -
Eastern District of Michigan
231 West Lafayette
5th Floor
Detroit, MI 48226

Clerk of the Court
United States District Court -
Colorado
Alfred A. Arraj United States
Courthouse, Room A105
901 19th Street
Denver, CO 80294-3589

Clerk of the Court
United States District Court -
Massachusetts
John Joseph Moakley
U.S. Courthouse
1 Courthouse Way, Ste 2300
Boston, MA 02210

Clerk of the Court
United States District Court -
Eastern District of Missouri
111 South 10th Street
Suite 3.300
St. Louis, MO 63102

Clerk of the Court
United States District Court -
South Carolina
Matthew J. Perry Jr.
Courthouse
901 Richland Street
Columbia, SC 29201

Clerk of the Court
United States District Court -
Southern District of California
880 Front Street
Suite 4290
San Diego, CA 92101-8900

Clerk of the Court
United States District Court -
S.D. Iowa
123 East Walnut Street,
Room 300
P.O. Box 9344
Des Moines, IA 50306-9344

Clerk of the Court
United States District Court –
Southern District of Florida
301North Miami Avenue
Miami, FL  33128

Clerk of the Court
United States District Court
Eastern Dist. of Pennsylvania
601 Market Street,
Room 2609
Philadelphia, PA 19106-1797

## REVISED PROOF OF SERVICE
## PLAINTIFFS' COUNSEL

| | | |
|---|---|---|
| Andres F. Quintana, Esq.<br>Ervin Cohen & Jessup, LLP<br>9401 Wilshire Boulevard<br>9th Floor<br>Beverly Hills, CA 90212-2974<br>**Attorneys for** Lisa Howe, Melissa Ochiro, Dianne Walton and Maria Sprowl | Harold M. Hewell, Esq.<br>Hewell Law Firm A.P.C.<br>1901 First Avenue<br>Second Floor<br>San Diego, CA 92102<br>**Attorneys for** Jennifer Hardee | Timothy R. Beyer, Esq.<br>Brownstein, Hyatt & Farber<br>410 17th Street, 22nd Floor<br>Denver, CO 80202<br>**Attorneys for** Susan R. Yoshioka and Kathleen Gebhardt |
| Roy Oppenheim, Esq.<br>Oppenheim, Pilelsky, PA<br>2500 Weston Road, Suite 404<br>Weston, FL. 33331<br>**Attorneys for** Natalie Belmonte, Sharon Berenfeld, M.D., Monica Martucci, Nicole M. Suri, Mirna Hormechea, Janet Brill, Ph.D., Sylvia Moss, Lewis Estevez, Melissa Zacharias, Ignacio Martinez, Rick Romash, Briditte Romash, Lillian Chasin and Carmen Finol | Carmen D. Caruso, Esq.<br>Schwartz, Cooper<br>Greenberger and Krauss<br>180 North LaSalle Street<br>Chicago, IL 60601<br>**Attorneys for** Sheldon B. Lyke, Dorothy M. Jones, Romuald C. Warkomski, Paula Bardwell, and Pamela Ingram | Tom Shapiro, Esq.<br>Shapiro Haber & Urmy LLP<br>53 State Street<br>Boston, MA 02109<br>**Attorneys for** Judy Levin |
| Michael L. Pitt, Esq.<br>Pitt, Dowty, McGehee, Mirer & Palmer, P C.<br>117 West 4th St., Suite 200<br>Royal Oak, MI 48067<br>**Attorneys for** Constance A. Webb | Gary A. Growe, Esq.<br>Blumenfeld Kaplan & Sandweiss, P.C.<br>168 North Meramec Avenue<br>St. Louis, MO 63105<br>**Attorneys for** Heath Hutchison, Sima Granat, Ashley Granat, Kim Kraus, Joseph Bales, Betty Baird, Mike Kessler, Connie Matthews, Tina Stoggsdill, and Mary Fritz | Curtis Trinko, Esq.<br>Law Offices of Curtis V. Trinko, LLP<br>16 West 46th – 7th Floor<br>New York, N.Y. 10036<br>**Attorneys for** Rosemarie Compitello, Jeannie Triolo, Robin Belodoff, Gary Frechter, Gracie Triolo, and Betty Muehlgay |
| Peter Weinberger, Esq.<br>Spangenberg, Shibley & Liber, LLP<br>1900 East Ninth Street<br>2400 National City Center<br>Cleveland, OH 44111-3400<br>**Attorneys for** Susan E. Schnur | Gary M. Smith, Esq.<br>Graham, McClelland, Ransbottom, Co., LPA<br>11 North Fourth Street<br>Zanesville, OH 43701<br>**Attorneys for** Susan E. Schnur | Don Foster, Esq.<br>Klehr, Harison, Harvey, Branzburg & Ellers, LLP<br>260 South Broad Street<br>Philadelphia, PA 19102<br>**Attorneys for** Kathleen Margay, Dorie Talotta and Alex Phinn |

| | | |
|---|---|---|
| John T. Lay, Esq.<br>Ellis, Lawhorne & Sims, P.A.<br>1501 Main Street, 5th Floor<br>Columbia, S.C. 29201<br>**Attorneys for** Melissa Lee Urch and Claire R. Brown | Gary Polland, Esq.<br>Gary Polland & Associates<br>3411 Richmond Avenue<br>Suite 770<br>Houston, TX 77046<br>**Attorneys for** Jerry Syntych, Belinda Luquetta, Theresa Scott, Ruth Garcia, Tracey R. Ferguson, John Burns, Monica Ceballos, Kimberly Cowart, Gary Swartz, Maria Quinteros, and Ruby Black | Alan J. Kluger, Esq.<br>Kluger, Peretz, Kaplan & Berlin, P.L.<br>201 S. Biscayne Boulevard<br>Miami Center, 17th Floor<br>Miami, Florida 33131<br>**Attorneys for** Natalie Belmonte, Sharon Berenfeld, M.D., Monica Martucci, Nicole M. Suri, Mirna Hormechea, Janet Brill, Ph.D., Sylvia Moss, Lewis Estevez, Melissa Zacharias, Ignacio Martinez, Rick Romash, Briditte Romash, Lillian Chasin and Carmen Finol |
| Kimberley K. Baer, Esq.<br>Wandro & Associates PC<br>2501 Grand Avenue, Suite B<br>Des Moines, IA 50312<br>**Attorneys for** Janet R. Luett, Shellie Johnson, Michelle Bridgeman, Wendee Larson, Kari Elbert and Dixie Radke | | |

## REVISED PROOF OF SERVICE
## DEFENDANT'S COUNSEL

| | | |
|---|---|---|
| Deborah Y Jones, Esq.<br>Weston Benshoof Rochefort<br>Rubalcava & MacCuish<br>333 S Hope St, 16th Fl<br>Los Angeles, CA 90071-2901<br>**Attorneys for** E.I. DuPont De Nemours & Company | Matthew A Holian, Esq.<br>DLA Piper Rudnick Gray Cary<br>4365 Executive Drive<br>Suite 1100<br>San Diego, CA 92121-2133<br>**Attorneys for** E.I. DuPont De Nemours & Company | Kaspar J. Stoffelmayr, Esq.<br>Bartlit, Beck, Herman, Palenchar & Scott- Colorado<br>1899 Wynkoop Street<br>#800<br>Denver, CO 80202<br>**Attorneys for** E.I. DuPont De Nemours & Company |
| James Phillip Dorr, Esq.<br>Wildman, Harrold, Allen & Dixon<br>225 West Wacker Drive<br>Suite 3000<br>Chicago, IL 60606-1229<br>**Attorneys for** E.I. DuPont De Nemours & Company | Gretchen Witte Kraemer, Esq.<br>Whitfield & Eddy, PLC<br>317 Sixth Avenue, Suite 1200<br>Des Moines, IA 50309<br>**Attorneys for** E.I. DuPont De Nemours & Company | Sara P. Bryant, Esq.<br>Murtha Cullina LLP<br>99 High Street<br>Boston, MA 02130<br>**Attorneys for** E.I. DuPont De Nemours & Company |
| Robin G. Weaver, Esq.<br>Squire, Sanders & Dempsey<br>4900 Key Tower<br>127 Public Square<br>Cleveland, OH 44114-1304<br>**Attorneys for** E.I. DuPont De Nemours & Company | Eric W. Sitarchuk, Esq.<br>Ballard Spahr Andrews & Ingersoll<br>1735 MARKET ST<br>51ST FL<br>Philadelphia, PA 19103-7599<br>**Attorneys for** E.I. DuPont De Nemours & Company | John Smith Wilkerson, III<br>Turner Padget Graham and Laney<br>PO Box 22129<br>Charleston, SC 29413-2129<br>**Attorneys for** E.I. DuPont De Nemours & Company |
| Andrew C. Schirmeister III, Esq.<br>Schirrmeister Diaz-Arrastia Brem, LLP<br>Pennzoil Place, North Tower<br>700 Milam, 10th Floor<br>Houston, TX 77002<br>**Attorneys for** E.I. DuPont De Nemours & Company | Kathleen A. Lang<br>Dickinson Wright (Detroit)<br>500 Woodward Avenue<br>Suite 4000<br>Detroit, MI 48226-3425<br>**Attorneys for** E.I. DuPont De Nemours & Company | Alanna C. Rutherford, Esq.<br>Boies, Schiller & Flexner, LLP<br>570 Lexington Avenue<br>New York, NY 10022<br>**Attorneys for** E.I. DuPont De Nemours & Company |
| Edward A. Moss<br>Shook Hardy & Bacon<br>201 S Biscayne Boulevard<br>Suite 2400<br>Miami, FL 33131-4332<br>**Attorneys for** E.I. DuPont De Nemours & Company | | |

Respectfully submitted,

KLUGER, PERETZ, KAPLAN & BERLIN, P.L.
Attorneys for Natalie Belmonte, Sharon
Berenfeld, M.D., Monica Martucci, Nicole M.
Suri, Mirna Hormechea, Janet Brill, Ph.D, Sylvia
Moss, Lewis Estevez, Melissa Zacharias, Ignacio
Martinez, Rick Romash, Briditte Romash, Lillian
Chasin and Carmen Finol
Miami Center, Seventeenth Floor
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 379-9000
Facsimile: (305) 379-3428

By: /s/
Alan J. Kluger
Fla. Bar No. 200379
akluger@kpkb.com
Steve I. Silverman
Fla. Bar No. 516831
ssilverman@kpkb.com
Stuart R. Silver
Fla. Bar No. 184237
ssilver@kpkb.com

- and -

Oppenheim & Pilelsky, P.A.
2500 Weston Road, Suite 404
Weston, Florida 33331
Roy Oppenheim
Fla. Bar No. 710016
roy@gate.net

EXHIBIT A

**Revised Schedule A**

Natalie Belmonte, Sharon Berenfeld, M.D., Monica Martucci, Nicole M. Suri, Mirna Hormechea, Janet Brill, Ph.D., Sylvia Moss, Lewis Estevez, Melissa Zacharias, Ignacio Martinez, Rick Romash, Briditte Romash, Lillian Chasin and Carmen Finol v. E.I. DuPont DeNemours & Company, No. 05-21921, U.S.D.C. S.D. Fla. (Gold, J.);

Kathleen Margay, Dorie Talotta and Alex Phinn v. E.I. DuPont DeNemours & Company, No. 2:05-CV-4049, U.S.D.C. E.D. Pa. (Katz, J.);

Lisa Howe, Melissa Ochiro, Dianne Walton and Maria Sprowl v. E.I. DuPont DeNemours & Company, No. CV05-5488, U.S.D.C. C.D. Ca. (Pregerson, J.);

Jerry Syntych, Belinda Luquetta, Theresa Scott, Ruth Garcia, Tracey R. Ferguson, John Burns, Monica Ceballos, Kimberly Cowart, Gary Swartz, Maria Quinteros, Ruby Black v. E.I. DuPont DeNemours & Company, No. H 05-2530, U.S.D.C. S.D. Tx. (Werlein, J.);

Susan E. Schnur v. E.I. DuPont DeNemours & Company, No. 1: 05-CV-1818, U.S.D.C. N.D. Oh. (Polster, J.);

Rosemarie Compitello, Jeannie Triolo, Robin Belodoff, Gary Frechter, Gracie Triolo, and Betty Muehlgay v. E1 DuPont DeNemours & Company, No. 05-CV6749, U.S.D.C. S.D.NY. (Casey, J.);

Sheldon B Lyke, Dorothy M. Jones, Romuald C. Warkomski, Paula Bardwell and Pamela Ingram v. E.I. DuPont DeNemours & Company, No. 05-CV-4168, U.S.D.C. N.D. Ill. (Aspen, J.);

Constance A. Webb v. E.I. DuPont DeNemours & Company, No. 2:05-CV-72923, U.S.D.C. E.D. Mi. (Edmunds, J.);

Susan R. Yoshioka and Kathleen Gebhardt v. E.I. DuPont DeNemours & Company, No. 05-CV-1440, U.S.D.C. Co. (Figa, J.);

Judy Levin v. E.I. DuPont DeNemours & Company, No. 05-11618-WGY, U.S.D.C. Ma. (Young, J.);

Heath Hutchison, Sima Granat, Ashley Granat, Kim Kraus, Joseph Bales, Betty Baird, Mike Kessler, Connie Matthews, Tina Stoggsdill, Mary Fritz v. E.I. DuPont DeNemours & Company, No. 4-05-CV-01234-ERW, U.S.D.C. E.D. Mo. (Webber, J.); and

Melissa Lee Urch and Claire R. Brown v. E.I. DuPont DeNemours & Company, No. 7: 05-CV-02438 U.S.D.C. S.C. (Harwell, J.).



EXHIBIT B

## REVISED PROOF OF SERVICE
## CLERKS OF COURT

Clerk of the Court
United States District Court -
Central District of California
312 North Spring Street
Los Angeles, CA 90012

Clerk of the Court
United States District Court -
Southern District of Texas
5401 Bob Casey United States
Courthouse
414 Rusk Avenue
Houston, TX 77002

Clerk of the Court
United States District Court -
Northern District of Ohio
801 West Superior Avenue
Cleveland, OH 44113

Clerk of the Court
United States District Court -
Southern District of New York
500 Pearl Street and 40 Centre
Street
New York, NY 10007-1312

Clerk of the Court
United States District Court -
Northern District of Illinois
Everett McKinley Dirksen
Building, 20th Floor
219 South Dearborn Street
Chicago, IL 60604

Clerk of the Court
United States District Court -
Eastern District of Michigan
231 West Lafayette
5th Floor
Detroit, MI 48226

Clerk of the Court
United States District Court -
Colorado
Alfred A. Arraj United States
Courthouse, Room A105
901 19th Street
Denver, CO 80294-3589

Clerk of the Court
United States District Court -
Massachusetts
John Joseph Moakley
U.S. Courthouse
1 Courthouse Way, Ste 2300
Boston, MA 02210

Clerk of the Court
United States District Court -
Eastern District of Missouri
111 South 10th Street
Suite 3.300
St. Louis, MO 63102

Clerk of the Court
United States District Court -
South Carolina
Matthew J. Perry Jr.
Courthouse
901 Richland Street
Columbia, SC 29201

Clerk of the Court
United States District Court -
Southern District of California
880 Front Street
Suite 4290
San Diego, CA 92101-8900

Clerk of the Court
United States District Court -
S.D. Iowa
123 East Walnut Street,
Room 300
P.O. Box 9344
Des Moines, IA 50306-9344

Clerk of the Court
United States District Court –
Southern District of Florida
301North Miami Avenue
Miami, FL 33128

Clerk of the Court
United States District Court
Eastern Dist. of Pennsylvania
601 Market Street,
Room 2609
Philadelphia, PA 19106-1797

{W:\Lit\5500\0002/M0260070 v.1; 10/19/2005 11:0

**EXHIBIT C**

## REVISED PROOF OF SERVICE
## PLAINTIFFS' COUNSEL

| | | |
|---|---|---|
| Andres F. Quintana, Esq.<br>Ervin Cohen & Jessup, LLP<br>9401 Wilshire Boulevard<br>9th Floor<br>Beverly Hills, CA 90212-2974<br>**Attorneys for** Lisa Howe, Melissa Ochiro, Dianne Walton and Maria Sprowl | Harold M. Hewell, Esq.<br>Hewell Law Firm A.P.C.<br>1901 First Avenue<br>Second Floor<br>San Diego, CA 92102<br>**Attorneys for** Jennifer Hardee | Timothy R. Beyer, Esq.<br>Brownstein, Hyatt & Farber<br>410 17th Street, 22nd Floor<br>Denver, CO 80202<br>**Attorneys for** Susan R. Yoshioka and Kathleen Gebhardt |
| Roy Oppenheim, Esq.<br>Oppenheim, Pilelsky, PA<br>2500 Weston Road, Suite 404<br>Weston, FL. 33331<br>**Attorneys for** Natalie Belmonte, Sharon Berenfeld, M.D., Monica Martucci, Nicole M. Suri, Mirna Hormechea, Janet Brill, Ph.D., Sylvia Moss, Lewis Estevez, Melissa Zacharias, Ignacio Martinez, Rick Romash, Briditte Romash, Lillian Chasin and Carmen Finol | Carmen D. Caruso, Esq.<br>Schwartz, Cooper Greenberger and Krauss<br>180 North LaSalle Street<br>Chicago, IL 60601<br>**Attorneys for** Sheldon B. Lyke, Dorothy M. Jones, Romuald C. Warkomski, Paula Bardwell, and Pamela Ingram | Tom Shapiro, Esq.<br>Shapiro Haber & Urmy LLP<br>53 State Street<br>Boston, MA 02109<br>**Attorneys for** Judy Levin |
| Michael L. Pitt, Esq.<br>Pitt, Dowty, McGehee, Mirer & Palmer, P.C.<br>117 West 4th St., Suite 200<br>Royal Oak, MI 48067<br>**Attorneys for** Constance A. Webb | Gary A. Growe, Esq.<br>Blumenfeld Kaplan & Sandweiss, P.C.<br>168 North Meramec Avenue<br>St. Louis, MO 63105<br>**Attorneys for** Heath Hutchison, Sima Granat, Ashley Granat, Kim Kraus, Joseph Bales, Betty Baird, Mike Kessler, Connie Matthews, Tina Stoggsdill, and Mary Fritz | Curtis Trinko, Esq.<br>Law Offices of Curtis V. Trinko, LLP<br>16 West 46th – 7th Floor<br>New York, N.Y. 10036<br>**Attorneys for** Rosemarie Compitello, Jeannie Triolo, Robin Belodoff, Gary Frechter, Gracie Triolo, and Betty Muehlgay |
| Peter Weinberger, Esq.<br>Spangenberg, Shibley & Liber, LLP<br>1900 East Ninth Street<br>2400 National City Center<br>Cleveland, OH 44111-3400<br>**Attorneys for** Susan E. Schnur | Gary M. Smith, Esq.<br>Graham, McClelland, Ransbottom, Co., LPA<br>11 North Fourth Street<br>Zanesville, OH 43701<br>**Attorneys for** Susan E. Schnur | Don Foster, Esq.<br>Klehr, Harison, Harvey, Branzburg & Ellers, LLP<br>260 South Broad Street<br>Philadelphia, PA 19102<br>**Attorneys for** Kathleen Margay, Dorie Talotta and Alex Phinn |

| John T. Lay, Esq.<br>Ellis, Lawhorne & Sims, P.A.<br>1501 Main Street, 5th Floor<br>Columbia, S.C. 29201<br>**Attorneys for** Melissa Lee Urch and Claire R. Brown | Gary Polland, Esq.<br>Gary Polland & Associates<br>3411 Richmond Avenue<br>Suite 770<br>Houston, TX 77046<br>**Attorneys for** Jerry Syntych, Belinda Luquetta, Theresa Scott, Ruth Garcia, Tracey R. Ferguson, John Burns, Monica Ceballos, Kimberly Cowart, Gary Swartz, Maria Quinteros, and Ruby Black | Alan J. Kluger, Esq.<br>Kluger, Peretz, Kaplan & Berlin, P.L.<br>201 S. Biscayne Boulevard<br>Miami Center, 17th Floor<br>Miami, Florida 33131<br>**Attorneys for** Natalie Belmonte, Sharon Berenfeld, M.D., Monica Martucci, Nicole M. Suri, Mirna Hormechea, Janet Brill, Ph.D., Sylvia Moss, Lewis Estevez, Melissa Zacharias, Ignacio Martinez, Rick Romash, Briditte Romash, Lillian Chasin and Carmen Finol |
| Kimberley K. Baer, Esq.<br>Wandro & Associates PC<br>2501 Grand Avenue, Suite B<br>Des Moines, IA 50312<br>**Attorneys for** Janet R. Luett, Shellie Johnson, Michelle Bridgeman, Wendee Larson, Kari Elbert and Dixie Radke | | |

**REVISED PROOF OF SERVICE**
**DEFENDANT'S COUNSEL**

| | | |
|---|---|---|
| Deborah Y Jones, Esq.<br>Weston Benshoof Rochefort Rubalcava & MacCuish<br>333 S Hope St, 16th Fl<br>Los Angeles, CA 90071-2901<br>**Attorneys for** E.I. DuPont De Nemours & Company | Matthew A Holian, Esq.<br>DLA Piper Rudnick Gray Cary<br>4365 Executive Drive<br>Suite 1100<br>San Diego, CA 92121-2133<br>**Attorneys for** E.I. DuPont De Nemours & Company | Kaspar J. Stoffelmayr, Esq.<br>Bartlit, Beck, Herman, Palenchar & Scott- Colorado<br>1899 Wynkoop Street<br>#800<br>Denver, CO 80202<br>**Attorneys for** E.I. DuPont De Nemours & Company |
| James Phillip Dorr, Esq.<br>Wildman, Harrold, Allen & Dixon<br>225 West Wacker Drive<br>Suite 3000<br>Chicago, IL 60606-1229<br>**Attorneys for** E.I. DuPont De Nemours & Company | Gretchen Witte Kraemer, Esq.<br>Whitfield & Eddy, PLC<br>317 Sixth Avenue, Suite 1200<br>Des Moines, IA 50309<br>**Attorneys for** E.I. DuPont De Nemours & Company | Sara P. Bryant, Esq.<br>Murtha Cullina LLP<br>99 High Street<br>Boston, MA 02130<br>**Attorneys for** E.I. DuPont De Nemours & Company |
| Robin G. Weaver, Esq.<br>Squire, Sanders & Dempsey<br>4900 Key Tower<br>127 Public Square<br>Cleveland, OH 44114-1304<br>**Attorneys for** E.I. DuPont De Nemours & Company | Eric W. Sitarchuk, Esq.<br>Ballard Spahr Andrews & Ingersoll<br>1735 MARKET ST<br>51ST FL<br>Philadelphia, PA 19103-7599<br>**Attorneys for** E.I. DuPont De Nemours & Company | John Smith Wilkerson, III<br>Turner Padget Graham and Laney<br>PO Box 22129<br>Charleston, SC 29413-2129<br>**Attorneys for** E.I. DuPont De Nemours & Company |
| Andrew C. Schirmeister III, Esq.<br>Schirrmeister Diaz-Arrastia Brem, LLP<br>Pennzoil Place, North Tower<br>700 Milam, 10th Floor<br>Houston, TX 77002<br>**Attorneys for** E.I. DuPont De Nemours & Company | Kathleen A. Lang<br>Dickinson Wright (Detroit)<br>500 Woodward Avenue<br>Suite 4000<br>Detroit, MI 48226-3425<br>**Attorneys for** E.I. DuPont De Nemours & Company | Alanna C. Rutherford, Esq.<br>Boies, Schiller & Flexner, LLP<br>570 Lexington Avenue<br>New York, NY 10022<br>**Attorneys for** E.I. DuPont De Nemours & Company |
| Edward A. Moss<br>Shook Hardy & Bacon<br>201 S Biscayne Boulevard<br>Suite 2400<br>Miami, FL 33131-4332<br>**Attorneys for** E.I. DuPont De Nemours & Company | | |