UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUDY LEVIN,<br>          Plaintiff<br><br>v.<br><br>E.I. DU PONT DE NEMOURS<br>AND COMPANY,<br>          Defendant | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 05-11618-WGY<br>)<br>)<br>)<br>)<br>) |

### ORDER GRANTING JOINT MOTION FOR CONTINUANCE PENDING A DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

This matter coming before the Court on the parties' Joint Motion for Continuance

Pending a Decision by the Judicial Panel on Multidistrict Litigation and the Court being fully

advised in the premises,

IT IS HEREBY ORDERED THAT:

1.     The motion is granted.

2.     The matter is continued until after a determination is made by the Judicial Panel

on Multidistrict Litigation regarding plaintiffs' request for an MDL.

3.     Defendant's time to answer or otherwise respond in this action is extended until

such time as an MDL transferee Court orders or until 30 days after denial of plaintiffs' request

for an MDL by the Judicial Panel on Multidistrict Litigation.

4.     The parties will promptly advise the Court of any decision by the Judicial Panel

on Multidistrict Litigation.

5. The case is ordered administratively closed. It may be reopened upon motion if any party once mdl action has been taken.

DATED: Oct 20, 2005

William G. Young